**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**MURRAY BRYAN**                                                    **PLAINTIFF**

VS.                  CIVIL ACTION NO. 1:12CV00021 DPM/JTR

**PECO FOODS**                                               **DEFENDANT**
*formally known as*
Townsends Inc

## **ORDER**

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 06/26/2013. The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 26th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE