IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MURRAY BRYAN**                                                          PLAINTIFF

v.                              No. 1:12-cv-21-DPM

**PECO FOODS, f/k/a
Townsends, Inc.**                                                          DEFENDANT

## JUDGMENT

Bryan's claims are dismissed with prejudice pursuant to the parties' settlement.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 July 2013