IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MURRAY BRYAN**                              **PLAINTIFF**

v.                      No. 1:12-cv-21-DPM

**PECO FOODS, f/k/a**
**Townsends, Inc.**                          **DEFENDANT**

## JUDGMENT

Bryan's claims are dismissed with prejudice pursuant to the parties' settlement.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 July 2013